

Riverhead Office
30 West Main Street
Riverhead, NY 11901

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, NY 10601-4150

> Provided that, by 5:00 p.m. on December 24, 2025, Petitioner files an appropriate proposed order to show cause in accordance with this Court's Individual Practices Rule 4(F) for the Court's consideration, then a conference will be held on December 29, 2025 at 3:00 p.m. At the time of the scheduled conference, all parties shall call the following number: (855) 244-8681; access code 2317 236 5283. Petitioner is directed to notify Respondents of this order.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           December 23, 2025

Re:  *Portilla Hernandez v. Noem, et al., 7:25-cv-10393-PMH*

Dear Judge Halpern,

      This Office represents the Petitioner Jorge Armando Portilla Hernandez ("Petitioner") in the above-referenced action brought against the Federal Defendants-Respondents Kristi Noem, Secretary, U.S. Department of Homeland Security; Pamela Bondi, Attorney General of the United States; Kenneth Genalo, New York Field Office Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and Sheriff Paul Arteta, Sheriff of Orange County (collectively the "Federal Respondents").

      I write in response to the Court's Order dated December 18, 2025, notifying the Petitioner that the "Court will not consider issuance of a temporary restraining order prior to a conference with the parties "ECF No. 5. I have conferred with counsel for Respondents, and we are both available to appear in person on the following dates/times next week:

- Monday, December 29 after 3:00 p.m.
- Tuesday, December 30 after 12:00 p.m.
- Friday, January 2, 2026 after 12:00 p.m.

The parties have also agreed to a proposed briefing schedule, should the Court issue an Order to Show Cause:

- Respondents' Response to the Petition is due within three days of the issuance of the Order to Show Cause.
- Petitioners' Reply to the Response is due within three days of Respondent's Response.

Thank you for your attention to our request.

                                                        Very truly yours,

                                                        SOTO LAW, PLLC

                                                        Andrea C. Soto, Esq.

cc via ECF: AUSA Jake Sidransky