UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE ARMANDO PORTILLA HERNANDEZ,

                Petitioner,

-against-

KRISTI NOEM, et al.,

                Respondents.

**ORDER**

25-CV-10393 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared via telephone for a conference today on Petitioner's request for a temporary restraining order.

As discussed at the conference and for the reasons stated on the record, the Court declines to enter the requested temporary restraining order (Doc. 10).

By 5:00 p.m. on February 11, 2026, the U.S. Attorney's Office shall file an answer, return or other pleadings in response to the petition. Petitioner may file reply papers, if any, by 5:00 p.m. on February 13, 2026. The parties shall advise by February 11, 2026 whether they can agree to any potential resolution of this proceeding.

                                            **SO ORDERED:**

Dated: White Plains, New York
          February 4, 2026

                                          PHILIP M. HALPERN
                                          United States District Judge