**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JORGE ARMANDO PORTILLA
HERNANDEZ,

                    Petitioner,             25 **CIVIL** 10393 (PMH)

    -against-                    **JUDGMENT**

KRISTI NOEM, et al.,
                   Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 26, 2026, the Petition is DENIED and

Petitioner's claims are dismissed; accordingly, the case is closed.

**DATED:**  New York, New York
          March 30, 2026

                    **TAMMI M. HELLWIG**
                  _____
                    **Clerk of Court**

        **BY:**  _____
                    **Deputy Clerk**